**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEWART LUCAS MURREY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 26-cv-02327-BAS-VET<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE**<br>**(ECF No. 6)** |

Before the Court is Plaintiff Stewart Lucas Murrey's ex parte motion for permission to use the CM/ECF filing system in accordance with ECF Administrative Policies and Procedures (ECF No. 6). Plaintiff has sufficiently stated he has access to the necessary equipment and software capabilities to electronically file documents. (*Id.*)

The Court therefore **GRANTS** Plaintiff's motion for leave to electronically file (ECF No. 6). *Cf In re Cisse*, No. 20-cv-1694-BAS-WVG, 2020 WL 6561426, at *1 (S.D. Cal. Nov. 9, 2020). Plaintiff must register as a user with the Clerk's Office and as a subscriber to PACER **within seven days of this Order** on **June 25, 2026**.

**IT IS SO ORDERED.**

**DATED: June 18, 2026**

_____

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv2327